UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 1 2 2009
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES OF AMERICA, )
)
Petitioner, )
)
v. ) Cause No. 4:08MC00674ERW
)
LEONARD B. WILBERT, )
)
Respondent. )

## ORDER

In accordance with the Motion Of Petitioner To Amend Order To Show Cause, it is hereby ordered that Revenue Officer O'Bryant serve the government's Petition To Show Cause, this Court's Order To Show Cause dated December 18, 2008, and this Court Docket Text Order dated January 7, 2009, upon Respondent Wilbert, on or before January 28, 2009.

*E. Richard Webber* (signature)
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

So ordered:
January 12, 2009